**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ISRAEL RIVERA, JR.

                        Plaintiff,                              20 **CIVIL** 9321 (BCM)

            -v-                                             **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                        Defendant.
-----------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated October 13, 2021, that the Commissioner's

decision is reversed and that that this action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative

proceedings.


**Dated:**  New York, New York
   October 14, 2021


                                                      **RUBY J. KRAJICK**
                                              _____
                                                      **Clerk of Court**

                                    **BY:** _David J. Thomas_

                                                      **Deputy Clerk**